**FILED & ENTERED**

**MAR 04 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Cetulio   **DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re: | Case No.: 1:24-bk-10139-MB |
| TAE YEON KEUM, | Chapter 7 |
| Debtor. | **ORDER EXTENDING TIME TO FILE CASE OPENING DOCUMENTS [DKT. 15]** |
| | [No hearing required pursuant to LBR 1007-1(b) & 9013-1(p)] |

**ORDER EXTENDING TIME TO FILE CASE OPENING DOCUMENTS**

On February 12, 2024, debtor in pro per Tae Yeon Keum (the "Debtor"), filed a *Motion to Extend Time to File Case Opening Documents* (the "Motion"). Dkt. 15. Having considered the Motion, and no opposition having been filed, and good cause appearing, **IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.
2. The deadline for the Debtor to file case opening documents is hereby extended to **March 11, 2024.**

###

Date: March 4, 2024

Martin R Barash
United States Bankruptcy Judge

**ORDER EXTENDING TIME TO FILE CASE OPENING DOCUMENTS**