United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 24-10139-MB |
| Tae Yeon Keum | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Mar 04, 2024 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2024:**

**Recip ID         Recipient Name and Address**
db           +  Tae Yeon Keum, 17627 W Sammy Ln, Northridge, CA 91325-2359

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2024          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2024 at the address(es) listed below:

**Name**                    **Email Address**

Amitkumar Sharma
                           on behalf of Creditor BMW Financial Services NA  LLC, c/o AIS Portfolio Services, LLC amit.sharma@aisinfo.com

David Seror (TR)
                           dseror@bg.law  csalazar@bg.law;C133@ecfcbis.com;mgalvan@bg.law

United States Trustee (SV)
                           ustpregion16.wh.ecf@usdoj.gov

Walter Pena
                           on behalf of Interested Party Bewley  Lassleben & Miller walterp@bewleylaw.com, walterpena@gmail.com

Walter Pena
                           on behalf of Creditor Otter Lake Farm  LLC walterp@bewleylaw.com, walterpena@gmail.com

TOTAL: 5

**FILED & ENTERED**

MAR 04 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Cetulio    DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re: | Case No.: 1:24-bk-10139-MB |
| TAE YEON KEUM, | Chapter 7 |
| Debtor. | **ORDER EXTENDING TIME TO FILE CASE OPENING DOCUMENTS [DKT. 15]** |
| | [No hearing required pursuant to LBR 1007-1(b) & 9013-1(p)] |

**ORDER EXTENDING TIME TO FILE CASE OPENING DOCUMENTS**

On February 12, 2024, debtor in pro per Tae Yeon Keum (the "Debtor"), filed a *Motion to Extend Time to File Case Opening Documents* (the "Motion"). Dkt. 15. Having considered the Motion, and no opposition having been filed, and good cause appearing, **IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.
2. The deadline for the Debtor to file case opening documents is hereby extended to **March 11, 2024.**

###

Date: March 4, 2024

Martin R Barash
United States Bankruptcy Judge

**ORDER EXTENDING TIME TO FILE CASE OPENING DOCUMENTS**